IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE MOUNTAIN HOMES LLC, | No. 2:11-cv-02158-MCE-DAD PS |
| Plaintiff, | |
| v. | ORDER |
| ENRIQUE VASQUEZ, et al., | |
| Defendants. | |
| _____/ | |

Defendant Enrique Vasquez, who is proceeding pro se in the above-entitled unlawful detainer action, filed a notice of removal and paid the required filing fee. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On August 22, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen-day period has expired, and no party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 22, 2011 (ECF No. 4) are ADOPTED in full;

2. This action is summarily REMANDED to the Superior Court of California, County of Solano; and

4. The Clerk of the Court is directed to close this case.

Dated: September 19, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE